People v Gonzalez (2022 NY Slip Op 51001(U))

[*1]

People v Gonzalez (Carmelo)

2022 NY Slip Op 51001(U) [76 Misc 3d 137(A)]

Decided on October 14, 2022

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on October 14, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Hagler, J.P., Tisch, Michael, JJ.

570209/19

The People of the State of New
York, Respondent,
against
Carmelo Gonzalez,
Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York,
New York County (Robert Rosenthal, J.), rendered March 6, 2019, convicting him, upon
his plea of guilty, of criminal possession of a controlled substance in the seventh degree,
and imposing sentence.

Per Curiam.
Judgment of conviction (Robert Rosenthal, J.), rendered March 6, 2019, reversed, on
the law, the accusatory instrument dismissed, and surcharge, if paid, remitted.
As the People concede, the seventh-degree criminal possession of a controlled
substance charge (see Penal Law § 220.03) must be dismissed. "The instrument's
factual assertions gave no basis for concluding that the substance defendant possessed
was a controlled substance; that is, an illegal synthetic cannabinoid as listed with
precision in Public Health Law § 3306(g), as opposed to one of the many synthetic
cannabinoid substances that are not criminalized in the schedule" (People v Hill,
38 NY3d 460, 466 [2022]). Dismissal of the remaining offense, a violation of the
sanitary code, is appropriate here because the People do not oppose such disposition and
there is no outstanding sentence (id.).
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: October 14, 2022